**DATATREASURY CORPORATION,**
Plaintiff–Appellee,

v.

**U.S. BANK, NATIONAL ASSOCIATION, Defendant–Appellant,**

and

**The Clearing House Payments Company, LLC,**
Defendant,

and

**Viewpointe Archive Services, LLC, Defendant,**

and

**Bancorp South Bank and Bancorpsouth, Inc.,**
Defendants,

and

Bank of Montreal, Bank of Nova Scotia, Canadian Imperial Bank of Commerce, Intria Items, Inc., National Bank of Canada, Royal Bank of Canada, Symcor, Inc., and Toronto–Dominion Bank, Defendants,

and

**The Bank of New York Mellon Corporation, Defendant.**

DataTreasury Corporation,
Plaintiff–Appellee,

v.

U.S. Bank, National Association,
Defendant,

and

The Clearing House Payments
Company, LLC, Defendant–
Appellant,

and

Viewpointe Archive Services, LLC,
Defendant–Appellant,

and

Bancorp South Bank and
Bancorpsouth, Inc.,
Defendants,

and

Bank of Montreal, Bank of Nova Scotia, Canadian Imperial Bank of Commerce, Intria Items, Inc., National Bank of Canada, Royal Bank of Canada, Symcor, Inc., and Toronto–Dominion Bank, Defendants,

and

The Bank of New York Mellon
Corporation, Defendant.

Nos. 2011–1587, 2011–1604, 2011–1605.

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2011.

Nelson J. Roach, Nix, Patterson & Roach, LLP, Daingerfield, TX, for Plaintiff–Appellee.

Jason J. Keener, Foley & Lardner LLP, Washington, DC, for Defendant–Appellant.

ON MOTION

ORDER

The parties move to dismiss Viewpointe Archive Services, LLC and The Clearing House Payments Company L.L.C. as parties in 2011–1587 and to withdraw The Clearing House Payments Company L.L.C.'s appeal no. 2011–1604, and Viewpointe Archive Services, LLC's appeal no. 2011–1605.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss Viewpointe and The Clearing House from 2011–1587 is granted in part. The parties will be listed in the caption as defendants. The revised official caption is reflected in the order.

(2) The motion to withdraw 2011–1604 and 2011–1605 is granted. 2011–1604 and 2011–1605 are dismissed.

(2) Each side shall bear its own costs in 2011–1604 and 2011–1605.